# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                               **GREENBELT, MARYLAND  20770**
                                                                                                                    **301-344-0052**

# M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Andre DeShawn Knight*
                Criminal Case No. RWT 18-0404

DATE:     August 15, 2018

\* \* \* \* \* \* \* \*

In accordance with the Speedy Trial Act, this case has been set for a trial having an estimated length of four (4) days beginning at **9:00 a.m. on October 16, 2018**.

All pretrial motions are to be filed **on or before September 4, 2018**. While there may be some circumstances under which pretrial motions must, of necessity, be fairly limited as to details, the expectation of the Court is that any pertinent details will be included in a reply memorandum. Please remember that it is difficult for the Court to decide motions in a conscientious manner if pertinent facts or authorities are disclosed for the first time during the hearing on the motion.

Not less than fourteen (14) days prior to the date of trial, the parties shall jointly prepare and submit to the court proposed voir dire questions, jury instructions and a verdict form and submit, separately, any voir dire questions, jury instructions or verdict form upon which they are unable to agree. If the parties are in agreement as to any pattern jury instructions included in L. Sand, *et al.*, Modern Federal Jury Instructions: Criminal Pattern Instructions, (Matthew Bender & Co., Inc.), they should (a) be typed one per page, (b) be numbered and assembled in the order in which you request that they be read to the jury, and (c) include a citation of the authorities supporting the instruction. If you make any substantive changes to a proposed pattern jury instruction, it should be submitted in redline format to highlight the changes.

On **September 11, 2018 at 4:30 p.m.**, a status conference will be held before the undersigned. The status conference will be conducted by a telephone conference call initiated by counsel for the government. At the status conference, the parties should be prepared to discuss the following:

1. The status of any pending motions and whether there is any need for the filing of additional motions.

2. Whether a hearing is necessary in connection with any pending motions, or motions to be filed at a later date and, if so, the date for the hearing.

3. A report from counsel on the status of any negotiations between the parties that might lead to a plea agreement and, if so, removal of the case from the trial calendar and scheduling of a date for the entry of a guilty plea.

4. An updated estimate from both parties as to the length of the trial.

5. Whether there needs to be any change in the date of the trial and, if so, the establishment of a new trial date.

6. Any other matters relating to the scheduling of the trial.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge